**FILED**

April 26, 2005

Clerk, U. S. District Court
Eastern District of California

By _____*R. Carter-Fprd*_____
       Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

Great American Insurance Company,

       Plaintiff,

  vs.

Barlocker Insurance Agency, Inc. dba Barlocker Insurance Services

       Defendant.

**DEFAULT JUDGMENT**

**CIV-F-05-202-OWW-DLB**

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the Plaintiff and against the Defendant in the amount of $76,194.47 principal, together with prejudgment and post-judgment interest at the highest rate permitted by law, attorney's fees in an amount totaling $6,651.00, and court costs.

Date: April 26, 2005

                      JACK L. WAGNER, Clerk

                      By:  /s/ R. Carter-Ford
                          Deputy Clerk

dfltjgm