**FILED**

April 26, 2005

Clerk, U. S. District Court
Eastern District of California

By _____*R. Carter-Fprd*_____
Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| Great American Insurance Company, | |
| Plaintiff, | **DEFAULT JUDGMENT** |
| vs. | **CIV-F-05-202-OWW-DLB** |
| William Calvin Barlocker aka Bill C. Barlocker | |
| Defendant. | |

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the Plaintiff and against the Defendant in the amount of $76,194.47 principal, together with prejudgment and post-judgment interest at the highest rate permitted by law, attorney's fees in an amount totaling $6,651.00, and court costs.

Date: April 26, 2005

JACK L. WAGNER, Clerk

_____
By: /s/ R. Carter-Ford
Deputy Clerk

dfltjgm