# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) | 1:05cv202 OWW DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING DEFENDANTS' MOTION TO SET ASIDE DEFAULT AND VACATE DEFAULT JUDGMENT |
| Plaintiff, | ) | |
| v. | ) | |
| BARLOCKER INSURANCE AGENCY INC., et al., | ) | (Document 33) |
| Defendants. | ) | |

On August 3, 2005, the Magistrate Judge issued Findings and Recommendation that Defendants' motion to set aside default and default judgment be GRANTED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 3, 2005, is ADOPTED IN FULL;

2. Defendants' motion to set aside default and default judgment is GRANTED.

IT IS SO ORDERED.

**Dated:   November 29, 2005**                             **/s/ Oliver W. Wanger**
emm0d6                                                                     UNITED STATES DISTRICT JUDGE