M. BRADFORD SANDERS (OHIO #0039723)
SANDERS & ASSOCIATES, L.P.A.
9122 Montgomery Road, Suite 201
Cincinnati, Ohio  45242
(513) 891-8900
Fax:  (513) 891-8937

Attorneys for Plaintiff GREAT AMERICAN
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREAT AMERICAN INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**BARLOCKER INSURANCE AGENCY, INC.** d/b/a **BARLOCKER INSURANCE SERVICES**, and **WILLIAM CALVIN BARLOCKER** a/k/a **BILL C. BARLOCKER,**<br><br>**Defendants.** | Case No.  1:05-CV-00202-OWW-DLB<br><br>**JUDGE OLIVER W. WANGER**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

THE PARTIES HEREBY STIPULATE that the entire above-captioned action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**DATED** March 20, 2006.          **SANDERS & ASSOCIATES, L.P.A.**

                                        *By:* **/s/ M. Bradford Sanders**
                                            M. Bradford Sanders
                                            Attorney for Plaintiff Great American

**DATED** March 7, 2006.           **SILVERSTEIN & HUSTON**

                                        *By:* **/s/ Mark W. Huston**
                                            Mark W. Huston
                                            Attorney for Defendants Barlocker

**IT IS SO ORDERED.**

**DATED** __March 22, 2006.         *By:* **/s/          OLIVER W. WANGER**
                                            UNITED STATES DISTRICT COURT JUDGE

*Stipulation for Dismissal with Prejudice*                                *Page 1*

PDF created with pdfFactory trial version www.pdffactory.com